IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-03436-RM-KMT

MID-CENTURY INSURANCE COMPANY,

    Plaintiff/Counterclaim Defendant,

v.

AMERICAN LEGION POST 25 and/or Miller-Kitto Post 25 – American Legion, Inc.,
ROBERT KEMPER, and
LLOYD SWIFT,

    Defendants,

and

CYNTHIA ARBIGE,

    Defendant/Counterclaimant.

---

## ORDER
---

    Before the Court is the Recommendation of United States Magistrate Judge Kathleen M. Tafoya (ECF No. 27) to dismiss Plaintiff's claims against Defendant Swift pursuant to Fed. R. Civ. P. 25(a). Neither side has objected to the Recommendation, and the time to do so has expired.

    On April 9, 2021, the magistrate judge issued an Order to Show Cause why Plaintiff's claims against Defendant Swift should not be dismissed, as more than ninety days had passed since Plaintiff filed a suggestion of death and no motion for substitution had been filed. On April 28, the magistrate judge's extended deadline, there was still no motion for substitution

filed, and Plaintiff filed a Motion for Default Against Defendant Lloyd Swift Pursuant to Fed. R. Civ. P. 55 (ECF No. 23). On May 3, the magistrate judge made the Order to Show Cause absolute and issued the Recommendation, which is hereby incorporated in its entirety into this Order. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b); *see also Summers v. Utah*, 927 F.3d 1165, 1167 (10th Cir. 1991) ("In the absence of a timely objection, the district court may review a magistrate judge's report under any standard it deems appropriate.").

The Court ACCEPTS the Recommendation (ECF No. 27) and

(1) directs the Clerk to DISMISS WITHOUT PREJUDICE the claims against Defendant Swift, and

(2) DENIES AS MOOT the Motion for Default (ECF No. 23).

DATED this 18th day of May, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge